UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                          CHAPTER 7 CASE

Gary Bultman                                    CASE NO. 10-60751
Jennifer L. Bultman
            Debtors.                            ORDER

_____

This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362.   Based on the motion and the file,

IT IS ORDERED:

1.      The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated February 14, 2007, executed by Gary D Bultman and Jennifer L Bultman husband and wife , recorded on February 21, 2007, as Document No. 188947, covering real estate located in Wilkin County, Minnesota, legally described as:

That part of the Southwest 1/4 of the Southeast 1/4 of Section 26 in Township 136 North of Range 45 West of the Fifth Principal Meridian Wilkin County Minnesota described as follows: Commencing at the Southeast corner of Section 26 thence South 89 degrees 27'00" West assumed bearing along the South line of said Southeast 1/4   a distance of 1654.80 feet, to the point of beginning; thence continuing South 89 degrees 27'00" West along the South line of said Southeast 1/4, 562.06 feet; thence North 00 degrees 33'00" west 775.01 feet; thence North 89 degrees27'00" East 562.06 feet; thence South 00 degrees 33'00" East 775.01 feet to the point of beginning
And commonly known as 3264 State Highway 108, Rothsay, Minnesota 56579-9667

and may pursue its remedies under state law in connection with the mortgage deed.

2.      Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:  October 26, 2010

                                                /e/ Dennis D. O'Brien
                                                United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/26/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk